```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/5/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GOLD BUYERS, INC., on behalf of itself and all  :
others similarly situated,                      :
                                                :     NOTICE OF INITIAL
                                    Plaintiff,  :     PRETRIAL CONFERENCE
                                                :
       -against-                                :
                                                :     14-CV-3006 (VEC)
BANK OF NOVA SCOTIA, BARCLAYS BANK               :
PLC, DEUTSCHE BANK AG, HSBC                     :
HOLDINGS PLC, and SOCIÉTÉ GÉNÉRALE,              :
                                                :
                                    Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   1.   Counsel for all parties are directed to appear before the undersigned for an Initial Pretrial Conference, in accordance with Rule 16 of the Federal Rules of Civil Procedure on **May 5, 2014**, at 3:00 p.m. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

   2.   This case has been designated for electronic case filing. By the date of the Initial Pretrial Conference, counsel for all parties are required to register as filing users in accordance with the Procedures of Electronic Case Filing and file a Notice of Appearance.

   3.   The parties are directed to consult the undersigned's Individual Practices in Civil Cases, which may be found on the Court's website: http://nysd.uscourts.gov/judges/Caproni.

   4.   All parties are advised that a comparable order has been issued in *Maher v. Bank of Nova Scotia et al.*, No. 14-CV-1459 (VEC), and related cases.

5. In light of the pending referral of these actions to the Judicial Panel on Multidistrict Litigation, any requirement for submission of materials required by the Standing Order In re: Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York, is hereby adjourned sine dine.

6. At the status conference, this Court intends to set a schedule for appointment of interim lead class counsel.

**SO ORDERED.**

Date:  May 5, 2014
       New York, New York

**VALERIE CAPRONI**
**United States District Judge**