```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                                                  ORDER

IN RE: GOLD FIXING ANTITRUST AND    14-CV-1459 (VEC), 14-CV-1634 (VEC),
COMMODITIES EXCHANGE ACT               14-CV-1638 (VEC), 14-CV-1642 (VEC),
LITIGATION.[1]                                                      14-CV-1644 (VEC), 14-CV-1701 (VEC),
                                                                            14-CV-1707 (VEC), 14-CV-1964 (VEC),
                                                                            14-CV-2102 (VEC), 14-CV-2108 (VEC),
                                                                            14-CV-2124 (VEC), 14-CV-2134 (VEC),
                                                                            14-CV-2135 (VEC), 14-CV-2213 (VEC),
                                                                            14-CV-2214 (VEC), 14-CV-2310 (VEC),
                                                                            14-CV-2391 (VEC), 14-CV-2550 (VEC),
                                                                            14-CV-2807 (VEC), 14-CV-2851 (VEC),
                                                                            14-CV-2917 (VEC), 14-CV-2948 (VEC),
                                                                            14-CV-3006 (VEC)
------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties appeared before the Court on May 5, 2014 to discuss the status of this matter; and

       WHEREAS the Court outlined during the hearing the information it is tentatively considering requiring applicants for appointment as class counsel or co-counsel to submit in support of any application for appointment as class counsel or co-counsel, it is hereby ORDERED:

1. Applicants for appointment as interim class counsel or co-counsel shall submit by May 27, 2014 opening briefs of no more than 15 pages explaining their respective positions regarding the composition of the putative class as it affects the appointment of interim class counsel, including whether putative subclasses or other divisions are necessary or

---

[1] This caption is for convenience and brevity only. The above-listed cases have not been consolidated, though the Court is aware of the pending referral to the Judicial Panel on Multidistrict Litigation.

desirable given any actual or potential conflicts of interest.  Responses to those briefs of no more than 5 pages shall be submitted by June 6, 2014.

2. Applicants for appointment as interim class counsel or co-counsel shall submit a joint letter by May 16, 2014 discussing any concerns regarding the information the Court is tentatively considering requiring to be submitted in support of their applications for appointment, including those concerns related to confidentiality, attorney-client privilege or work product.

3. Except for the briefing detailed here and as otherwise ordered by the Court, the above-listed cases are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation as to whether these cases shall be consolidated before this Court.

**SO ORDERED.**

**Date:  May 6, 2014**
**New York, NY**                                   _____
                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**